IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00496-PSF-PAC

DARRIUS TAYLOR,

    Plaintiff(s),

v.

GENE SHARLA,
IAN CULVERHOUSE, and,
SCOTT BOOKMAN,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Motion for Leave to Depose Plaintiff at the Denver County Jail Pursuant to Fed.R.Civ.P. 30(a)(2) [filed September 8, 2006; Doc. No. 35] is **GRANTED** as follows:

    Defendants are permitted to take plaintiff's deposition at Denver County Jail, 10500 Smith Road, Denver, on September 19, 2006 at 9:00 a.m.

Dated:  September 12, 2006