IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00496-PSF-PAC

DARRIUS TAYLOR,

      Plaintiff,

v.

GENE SHARLA,
IAN CULVERHOUSE, and,
SCOTT BOOKMAN,

      Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that plaintiff's Motion to Show Cause Why Defendants' Deposition Ought to Be Postponed [filed September 19, 2006; Doc. No. 40] is **DENIED as moot.**  Defendants Sharla and Culverhouse deposed plaintiff at the Denver County Jail, pursuant to Fed.R.Civ.P. 30(a)(2) on September 19, 2006.

Dated:  September 21, 2006