IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00496-PSF-PAC

DARRIUS TAYLOR,

     Plaintiff,

v.

GENE SHARLA,
IAN CULVERHOUSE, and
SCOTT BOOKMAN,

     Defendants.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

This matter comes before the Court on the Magistrate Judge's January 25, 2007 Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause (Dkt. # 51).  Plaintiff did not comply with or otherwise respond to the Order.  Accordingly, the Court hereby enters the following Order.

Plaintiff's Complaint (Dkt. # 3) was accepted for filing on March 21, 2006, while he was incarcerated in the Denver County Jail.  He was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Dkt. # 5).  Plaintiff was ordered to make monthly filing fee payments of 20% of the preceding month's income credited to his trust fund account or to show cause each month why he has no assets and no means by which to make the monthly payment.  His last filing in this case occurred on November 13, 2006 (Dkt. # 49).  Subsequently, mail sent to plaintiff by this Court on January 25, 2007 and January 29, 2007 was returned as undeliverable on February 8, 2007 with a notation that plaintiff had been released (Dkt. # 54).

On January 25, 2007, plaintiff was ordered by the Magistrate Judge either to make the required monthly payments for the months of December 2006 and January 2007 or to show cause why he has no assets and no means by which to make the monthly payments.  Plaintiff was also ordered to make the required monthly payment for each subsequent month, or to show cause each month why he has no assets and no means by which to make the monthly payment, by the 15th day of each month.  By implication of that Order such additional monthly payments were to begin by February 15, 2007.  Plaintiff has failed to make the past and ongoing monthly payments required by the Order or show cause why he has no assets and no means by which to make such ordered monthly payments.  Therefore, plaintiff has failed to comply with the Magistrate Judge's January 25, 2007 Order.

In addition, the local rules of this district require a *pro se* party to notify the Court of a change of address within ten days of any such change.  D.C.COLO.LCivR 10.1M.  As plaintiff has apparently been released from jail, to the extent his claims remain viable, it was plaintiff's responsibility to comply with this rule and notify the Court of a change of address within ten days, which he has failed to do.

Accordingly, it is ORDERED that plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to comply with the Magistrate Judge's January 25, 2007 Order, and the Clerk of Court is directed to close this case accordingly.

DATED:  February 27, 2007

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge